THORNTON DAVIDSON, #166487
The ERISA Law Group
2055 San Joaquin Street
Fresno, California 93721-2717
Telephone:    (559) 256-9800
Facsimile:    (559) 256-9795
e-mail:thorntondavidson@aol.com

Attorneys for Plaintiff, PATRICIA TURA

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA TURA,                         ) Case No.:
                                       )
            Plaintiff,                 ) **PLAINTIFF'S CERTIFICATE OF**
v.                                     ) **INTERESTED PARTIES**
                                       )
LEAPFROG ENTERPRISES, INC.             )
EMPLOYEE BENEFIT PLAN,                 )
                                       )
            Defendant.                 )
_____)

Pursuant to Civil Rule L.R. 3-16, Plaintiff certifies that the following listed persons, associations of persons, firms, partnerships, corporations or other entities (1) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (2) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of the proceeding:

   1.   Plaintiff;

   2.   Defendant; and

   3.   Defendant's Insurer, Metropolitan Life Insurance Company.

Dated: May 23, 2008

_____
THORNTON DAVIDSON
Attorney for Plaintiff,
PATRICIA TURA

---

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1