AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| PATRICIA TURA <br> Plaintiff <br> v. <br> LEAPFROG ENTERPRISES, INC. EMPLOYEE BE <br> Defendant | ) ) ) ) ) ) Civil Action No. <br><br> CV 08 2653 EMC |

**Summons in a Civil Action**

To: LEAPFROG ENTERPRISES, INC. EMPLOYEE B
    *(Defendant's name)*

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Thornton Davidson
The ERISA Law Group
2055 San Joaquin Street
Fresno, CA 93721

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: MAY 27 2008

Deputy clerk's signature

MARY ANN BUCKLEY

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THE ERISA LAW GROUP<br>THORNTON DAVIDSON - SBN # 166487<br>2055 SAN JOAQUIN STREET<br>FRESNO, CA  93721 | (559) 256-9800 | |
| ATTORNEY FOR (NAME)  PATRICIA TURA | REFERENCE NUMBER<br>0S354052-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA 94102

SHORT NAME OF CASE
PATRICIA TURA vs. LEAPFROG ENTERPRISES ET AL

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV082653EMC |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SEE ATTACHED LIST OF DOCUMENTS;

**Name:** LEAPFROG ENTERPRISES, INC., EMPLOYEE BENEFITS PLAN

**Person Served:** BECKY DEGEORGE
**Title:** AGENT/CSC LAWYERS, INC.

**Date of Delivery:** 06/04/08
**Time of Delivery:** 02:03 pm

**Place of Service:** 2730 GATEWAY OAKS DR. STE 100
SACRAMENTO, CA 95833             (Business)

**Manner of Service:** Personal Service - By Personally Delivering Copies.

**In Compliance With:**  [X] Federal Rules of Civil Procedure
[ ] California Code of Civil Procedure

**Fee for service:** $ 60.36

---

| | I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed |
|---|---|
| [X] Registered: SACRAMENTO County,<br>Number: 2006-72 | on: June 5, 2008<br>at: SACRAMENTO, California. |

Attorney's Diversified Services
741 N. Fulton Street
Fresno, CA 93728
559-233-1475
30B/0S354052-01

*Client File # TURA V. LEAPFROG ET AL*

PROOF OF SERVICE

Signature: *Terry Root*
Name: TERRY ROOT
Title: REGISTERED PROCESS SERVER

# PATRICIA TURA V. LEAPFROG ENTERPRISES, INC.
## CASE # CV082653EMC

### LIST OF DOCUMENTS TO BE SERVED

1.) CIVIL COVER SHEET

2.) SUMMONS ON A CIVIL ACTION

3.) COMPLAINT FOR DECLARATORY RELIEF

4.) PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

5.) ORDER SETTING INTIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

6.) STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN (8/9/07)

7.) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

8.) NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

9.) CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

10.) U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT

*S354052*