```
1  Robert F. Schwartz, No. 227327
   Clarissa A. Kang, No. 210660
2  TRUCKER ✦ HUSS
   A Professional Corporation
3  120 Montgomery Street, 23rd Floor
   San Francisco, California 94104
4  Telephone:  (415) 788-3111
   Facsimile:  (415) 421-2017
5  E-mail:     rschwartz@truckerhuss.com
               ckang@truckerhuss.com
6
7  Attorneys for Defendant
   LEAPFROG ENTERPRISES, INC.
8  EMPLOYEE BENEFIT PLAN
9
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| PATRICIA TURA, | Case No. CV 08-2653 EMC |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR RESPONSE TO COMPLAINT** |
| vs. | |
| LEAPFROG ENTERPRISES, INC. EMPLOYEE BENEFIT PLAN, | |
| Defendant. | |

Defendant LEAPFROG ENTERPRISES, INC. EMPLOYEE BENEFIT PLAN (the "Plan"), and Plaintiff PATRICIA TURA ("Plaintiff") hereby stipulate, by and through their respective counsel, to extend the time by which the Plan must file a responsive pleading to Plaintiff's Complaint. Pursuant to this stipulation, the Defendants shall file a responsive pleading on or before July 24, 2008.

///
///
///
///
///

---

STIPULATION GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT        1
Case No. CV 08-2653 EMC
#925701

1   This extension will not alter any dates or deadlines set by Court order.

2   DATED: June 23, 2008

3                                           TRUCKER ✦ HUSS

4                                           By: /S/Clarissa A. Kang
                                            ─────────────────────────
5                                           Clarissa A. Kang
                                            Attorneys for Defendant
6                                           LEAPFROG ENTERPRISES, INC. EMPLOYEE
                                            BENEFIT PLAN

7

8   DATED: June 23, 2008

9                                           THE ERISA LAW GROUP

10                                          By: ─────────────────────────
                                            Thornton Davidson
11                                          Attorneys for Plaintiff
                                            PATRICIA TURA

[Left margin: Trucker ✦ Huss, A Professional Corporation, 120 Montgomery Street, 23rd Floor, San Francisco, California 94104]