1  Robert F. Schwartz, No. 227327
   Clarissa A. Kang, No. 210660
2  TRUCKER ✦ HUSS
   A Professional Corporation
3  120 Montgomery Street, 23rd Floor
   San Francisco, California 94104
4  Telephone:  (415) 788-3111
   Facsimile:  (415) 421-2017
5  E-mail:  rschwartz@truckerhuss.com
            ckang@truckerhuss.com
6

7  Attorneys for Defendant
   LEAPFROG ENTERPRISES, INC.
8  EMPLOYEE BENEFIT PLAN

9

10              UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  PATRICIA TURA, | Case No. CV 08-2653 EMC |
| 14           Plaintiff, | **STIPULATION TO EXTEND TIME FOR RESPONSE TO COMPLAINT** |
| 15  vs. | |
| 16  LEAPFROG ENTERPRISES, INC. EMPLOYEE BENEFIT PLAN, | |
| 17           Defendant. | |

18

19  Defendant LEAPFROG ENTERPRISES, INC. EMPLOYEE BENEFIT PLAN (the

20  "Plan"), and Plaintiff PATRICIA TURA ("Plaintiff") hereby stipulate, by and through their

21  respective counsel, to extend the time by which the Plan must file a responsive pleading to

22  Plaintiff's Complaint. Pursuant to this stipulation, the Defendants shall file a responsive pleading

23  on or before July 24, 2008.

24  ///
25  ///
26  ///
27  ///
28  ///

---

STIPULATION GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT        1
Case No. CV 08-2653 EMC
#925701

This extension will not alter any dates or deadlines set by Court order.

DATED: June 23, 2008

TRUCKER ♦ HUSS

By: /S/Clarissa A. Kang

Clarissa A. Kang
Attorneys for Defendant
LEAPFROG ENTERPRISES, INC. EMPLOYEE BENEFIT PLAN

DATED: June 23, 2008

THE ERISA LAW GROUP

By: _____
Thornton Davidson
Attorneys for Plaintiff
PATRICIA TURA

IT IS SO ORDERED

_____
Edward M. Chen
U.S. Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*

STIPULATION GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT
Case No. CV 08-2653 EMC
#925701

2