```
Robert F. Schwartz, No. 227327
Clarissa A. Kang, No. 210660
TRUCKER ✦ HUSS
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone:  (415) 788-3111
Facsimile:  (415) 421-2017
E-mail:     rschwartz@truckerhuss.com
            ckang@truckerhuss.com

Attorneys for Defendant
LEAPFROG ENTERPRISES, INC.
EMPLOYEE BENEFIT PLAN
```

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA TURA, <br><br> Plaintiff, <br><br> vs. <br><br> LEAPFROG ENTERPRISES, INC. EMPLOYEE BENEFIT PLAN, <br><br> Defendant. | Case No. CV 08-2653 EMC <br><br> **STIPULATION TO EXTEND TIME FOR RESPONSE TO COMPLAINT** |

Defendant LEAPFROG ENTERPRISES, INC. EMPLOYEE BENEFIT PLAN (the "Plan"), and Plaintiff PATRICIA TURA ("Plaintiff") hereby stipulate, by and through their respective counsel, to extend the time by which the Plan must file a responsive pleading to Plaintiff's Complaint. Pursuant to this stipulation, the Defendants shall file a responsive pleading on or before July 24, 2008.

///

///

///

///

///

---

STIPULATION GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT
Case No. CV 08-2653 EMC
#925701

1

This extension will not alter any dates or deadlines set by Court order.

DATED: June 23, 2008

TRUCKER ✦ HUSS

By: /S/Clarissa A. Kang
Clarissa A. Kang
Attorneys for Defendant
LEAPFROG ENTERPRISES, INC. EMPLOYEE BENEFIT PLAN

DATED: June 23, 2008

THE ERISA LAW GROUP

By: _____
Thornton Davidson
Attorneys for Plaintiff
PATRICIA TURA

IT IS SO ORDERED

_____
Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED — Judge Edward M. Chen, United States District Court, Northern District of California*

STIPULATION GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT
Case No. CV 08-2653 EMC
#925701

2