Robert F. Schwartz, No. 227327
Clarissa A. Kang, No. 210660
TRUCKER ✦ HUSS
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
E-mail: rschwartz@truckerhuss.com
ckang@truckerhuss.com

Attorneys for Defendant
LEAPFROG ENTERPRISES, INC.
EMPLOYEE BENEFIT PLAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA TURA,<br><br>Plaintiff,<br><br>vs.<br><br>LEAPFROG ENTERPRISES, INC. EMPLOYEE BENEFIT PLAN,<br><br>Defendant. | Case No. CV 08-2653 EMC<br><br>**STIPULATION REGARDING VOLUNTARY DISMISSAL OF DEFENDANT LEAPFROG ENTERPRISES, INC. EMPLOYEE BENEFIT PLAN** ; ORDER |

Plaintiff Patricia Tura ("Ms. Tura" or "Plaintiff") and Defendant Leapfrog Enterprises, Inc. Employee Benefit Plan (the "Plan" or "Defendant") hereby stipulate and agree, by and through their respective counsel, to dismiss the Plan from this action, without prejudice.

Plaintiff will be filing and serving an amended complaint that will reflect the dismissal of the Plan and joinder of insurer Metropolitan Life Insurance Company as the named defendant.

DATED: July 11, 2008

THE ERISA LAW GROUP

By: /s/ Thornton Davidson
Thornton Davidson
Attorneys for Plaintiff
PATRICIA TURA



Trucker ✦ Huss
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104

DATED: July 11, 2008

TRUCKER ✦ HUSS

By: /s/ Clarissa A. Kang
Clarissa A. Kang
Attorneys for Defendant
LEAPFROG ENTERPRISES, INC. EMPLOYEE BENEFIT PLAN

I attest that I have obtained Mr. Davidson's concurrence in the filing of this document.

Dated: July 11, 2008

/s/Clarissa A. Kang
Clarissa A. Kang

IT IS SO ORDERED:

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Edward M. Chen
NORTHERN DISTRICT OF CALIFORNIA

Edward M. Chen
U.S. Magistrate Judge

Trucker ✦ Huss
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104

STIPULATION RE DISMISSAL OF LEAPFROG ENTERPRISES, INC. EMPLOYEE BENEFIT PLAN 2
Case No. CV 08-2653 EMC
#927901