Robert F. Schwartz, No. 227327
Clarissa A. Kang, No. 210660
TRUCKER ✦ HUSS
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
E-mail: rschwartz@truckerhuss.com
ckang@truckerhuss.com

Attorneys for Defendant
LEAPFROG ENTERPRISES, INC.
EMPLOYEE BENEFIT PLAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA TURA,<br><br>  Plaintiff,<br><br>vs.<br><br>LEAPFROG ENTERPRISES, INC. EMPLOYEE BENEFIT PLAN,<br><br>  Defendant. | Case No. CV 08-2653 EMC<br><br>**STIPULATION REGARDING VOLUNTARY DISMISSAL OF DEFENDANT LEAPFROG ENTERPRISES, INC. EMPLOYEE BENEFIT PLAN** ; ORDER |

Plaintiff Patricia Tura ("Ms. Tura" or "Plaintiff") and Defendant Leapfrog Enterprises, Inc. Employee Benefit Plan (the "Plan" or "Defendant") hereby stipulate and agree, by and through their respective counsel, to dismiss the Plan from this action, without prejudice.

Plaintiff will be filing and serving an amended complaint that will reflect the dismissal of the Plan and joinder of insurer Metropolitan Life Insurance Company as the named defendant.

DATED: July 11, 2008

                                  THE ERISA LAW GROUP

                                  By: /s/ Thornton Davidson
                                        Thornton Davidson
                                        Attorneys for Plaintiff
                                        PATRICIA TURA

| | |
|---|---|
| DATED: July 11, 2008 | TRUCKER ✦ HUSS |
| | By: /s/ Clarissa A. Kang<br>Clarissa A. Kang<br>Attorneys for Defendant<br>LEAPFROG ENTERPRISES, INC. EMPLOYEE BENEFIT PLAN |

I attest that I have obtained Mr. Davidson's concurrence in the filing of this document.

Dated: July 11, 2008

/s/Clarissa A. Kang
Clarissa A. Kang

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

---

Trucker ✦ Huss
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104

STIPULATION RE DISMISSAL OF LEAPFROG ENTERPRISES, INC. EMPLOYEE BENEFIT PLAN
Case No. CV 08-2653 EMC
#927901

2