**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA TURA,<br><br>    Plaintiff,<br><br>    v.<br><br>METROPOLITAN LIFE,<br><br>    Defendant.<br>_____/ | Case No. C08-2653 EMC<br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference has been rescheduled from September 3, 2008 at 1:30 p.m. to **September 10, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  A joint Case Management Conference Statement shall be filed by September 3, 2008. Plaintiff shall serve a copy of this notice upon defendant.

Dated: July 15, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

by: _____
     Betty Fong
     Courtroom Deputy