1  **THORNTON DAVIDSON, #166487**
   The ERISA Law Group
2  2055 San Joaquin Street
   Fresno, California 93721
3  Telephone (559) 256-9800
   Telefax (559) 256-9799
4  thornton@theerisalawgroup.com

5  Attorney for Plaintiff, PATRICIA TURA

8                UNITED STATES DISTRICT COURT FOR

9                THE NORTHERN DISTRICT OF CALIFORNIA

10 PATRICIA TURA,                          )
                                           ) Case No. CV 08-2653 EMC
11                 Plaintiff,              )
                                           ) **EX PARTE APPLICATION TO**
12 v.                                      ) **CONTINUE CASE MANAGEMENT**
                                           ) **CONFERENCE; DECLARATION OF**
13 LEAPFROG ENTERPRISES, INC.,             ) **THORNTON DAVIDSON; [PROPOSED]**
   EMPLOYEE BENEFIT PLAN,                  ) **ORDER**
14                                         )
                   Defendant.              )
15 _____ )

16                      **EX PARTE APPLICATION**

17        Plaintiff, Patricia Tura, hereby moves this Court for an order continuing the Case

18 Management Conference now set for September 10, 2008 to October 8, 2008. Good cause exists

19 for rescheduling the Case Management Conference as stated in the foregoing Declaration of

20 Thornton Davidson.

22 Dated: August 27, 2008                          /s/ Thornton Davidson
                                                  THORNTON DAVIDSON, Attorney
23                                                for Plaintiff, PATRICIA TURA

24                    **DECLARATION OF THORNTON DAVIDSON**

25        I, Thornton Davidson, declare and state as follows:

26        1.     I am an attorney duly licensed to practice before all states of California and

27 before the United States District Court, Northern District of California. I am the attorney for

28 Plaintiff, Patricia Tura, in this action.

---

EX PARTE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE; DECLARATION OF
THORNTON DAVIDSON; [PROPOSED] ORDER

1

2.  The initiating Complaint was filed in this case on May 27, 2008 naming the Defendant as "Leapfrog Enterprises, Inc., Employee Benefit Plan." The Case Management Conference was scheduled for September 3, 2008, at 1:30 p.m.

3.  The Complaint was served by personal delivery on June 4, 2008. The Answer due date was June 24, 2008.

4.  On June 23, 2008, the parties filed a Stipulation To Extend Time For Response To Complaint. Pursuant to the Stipulation, the due date for Defendant's Answer was extended through July 24, 2008. The Order was signed by the Honorable Edward M. Chen on July 14, 2008.

5.  On July 14, 2008, the parties filed a Stipulation Regarding Voluntary Dismissal of Defendant, Leapfrog Enterprises, Inc., Employee Benefit Plan wherein the Plan was dismissed. The Stipulation also included a joinder of insurer, Metropolitan Life Insurance Company, as the remaining named Defendant. The Order was signed by the Honorable Edward M. Chen on July 14, 2008.

6.  The First Amended Complaint against Defendant, Metropolitan Life Insurance Company, was filed on July 15, 2008.

7.  A Clerk's Notice was sent by the Court rescheduling the Case Management Conference to September 10, 2008, at 1:30 p.m.

8.  Defendant, Metropolitan Life Insurance Company, signed a Waiver of Summons on August 4, 2008; thereby, setting the due date of Defenant's Answer on October 3, 2008.

9.  The Case Management Conference is currently set for September 10, 2008. Holding the conference at that time would be a waste of the Court's time because no Defendant has yet appeared in the case.

10. On August 19, 2008, I contacted attorney, Rebecca Hull, who signed the Waiver of Service of Summons on behalf of Defendant, Metropolitan Life Insurance Company. Ms. Hull stated that since her client had not yet made an appearance in the case she was not in a position to oppose or stipulate to the rescheduling of the Case Management Conference.

11. For the foregoing reasons I request that the Case Management Conference currently set for September 10, 2008 be rescheduled for October 8, 2008 or any other convenient date on the Court's calendar.

I declare under penalty of perjury that the foregoing is true and correct and if called upon as a witness I could testify competently thereto.

Executed at Fresno, California on August 26, 2008.

    /s/ Thornton Davidson
THORNTON DAVIDSON

**PROPOSED ORDER**

Good cause appearing, it is so ordered. The Case Management Conference current set for September 10, 2008 is continued to October 8, 2008.

Date: _____                        _____
HONORABLE EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE