**THORNTON DAVIDSON, #166487**
The ERISA Law Group
2055 San Joaquin Street
Fresno, California 93721
Telephone (559) 256-9800
Telefax (559) 256-9799
thornton@theerisalawgroup.com

Attorney for Plaintiff, PATRICIA TURA

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA TURA, <br><br> Plaintiff, <br><br> v. <br><br> LEAPFROG ENTERPRISES, INC., EMPLOYEE BENEFIT PLAN, <br><br> Defendant. | Case No. CV 08-2653 EMC <br><br> **EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE; DECLARATION OF THORNTON DAVIDSON;** [PROPOSED] **ORDER** |

### EX PARTE APPLICATION

Plaintiff, Patricia Tura, hereby moves this Court for an order continuing the Case Management Conference now set for September 10, 2008 to October 8, 2008. Good cause exists for rescheduling the Case Management Conference as stated in the foregoing Declaration of Thornton Davidson.

Dated: August 27, 2008                                   /s/ Thornton Davidson
                                                                        THORNTON DAVIDSON, Attorney
                                                                        for Plaintiff, PATRICIA TURA

### DECLARATION OF THORNTON DAVIDSON

I, Thornton Davidson, declare and state as follows:

1. I am an attorney duly licensed to practice before all states of California and before the United States District Court, Northern District of California. I am the attorney for Plaintiff, Patricia Tura, in this action.

---

EX PARTE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE; DECLARATION OF THORNTON DAVIDSON; [PROPOSED] ORDER

1

2. The initiating Complaint was filed in this case on May 27, 2008 naming the Defendant as "Leapfrog Enterprises, Inc., Employee Benefit Plan." The Case Management Conference was scheduled for September 3, 2008, at 1:30 p.m.

3. The Complaint was served by personal delivery on June 4, 2008. The Answer due date was June 24, 2008.

4. On June 23, 2008, the parties filed a Stipulation To Extend Time For Response To Complaint. Pursuant to the Stipulation, the due date for Defendant's Answer was extended through July 24, 2008. The Order was signed by the Honorable Edward M. Chen on July 14, 2008.

5. On July 14, 2008, the parties filed a Stipulation Regarding Voluntary Dismissal of Defendant, Leapfrog Enterprises, Inc., Employee Benefit Plan wherein the Plan was dismissed. The Stipulation also included a joinder of insurer, Metropolitan Life Insurance Company, as the remaining named Defendant. The Order was signed by the Honorable Edward M. Chen on July 14, 2008.

6. The First Amended Complaint against Defendant, Metropolitan Life Insurance Company, was filed on July 15, 2008.

7. A Clerk's Notice was sent by the Court rescheduling the Case Management Conference to September 10, 2008, at 1:30 p.m.

8. Defendant, Metropolitan Life Insurance Company, signed a Waiver of Summons on August 4, 2008; thereby, setting the due date of Defenant's Answer on October 3, 2008.

9. The Case Management Conference is currently set for September 10, 2008. Holding the conference at that time would be a waste of the Court's time because no Defendant has yet appeared in the case.

10. On August 19, 2008, I contacted attorney, Rebecca Hull, who signed the Waiver of Service of Summons on behalf of Defendant, Metropolitan Life Insurance Company. Ms. Hull stated that since her client had not yet made an appearance in the case she was not in a position to oppose or stipulate to the rescheduling of the Case Management Conference.

11. For the foregoing reasons I request that the Case Management Conference currently set for September 10, 2008 be rescheduled for October 8, 2008 or any other convenient date on the Court's calendar.

I declare under penalty of perjury that the foregoing is true and correct and if called upon as a witness I could testify competently thereto.

Executed at Fresno, California on August 26, 2008.

                    /s/ Thornton Davidson
                    THORNTON DAVIDSON

**~~PROPOSED~~ ORDER**

Good cause appearing, it is so ordered. The Case Management Conference current set for September 10, 2008 is continued to ~~October 8, 2008.~~ October 15, 2008. Joint Case Management statement is due by 10/8/2008.

Date:  August 28, 2008



HONORABLE EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

EX PARTE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE; DECLARATION OF THORNTON DAVIDSON; [PROPOSED] ORDER