SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
CARI A. COHORN  Bar No. 249056
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA TURA,<br><br>        Plaintiff,<br><br>    v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>        Defendant. | CASE NO. CV 08-2653 EMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[F.R.C.P. 41(A)(1)] |

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party shall bear her or its own costs and attorneys' fees.

DATED: February 23 2009    THE ERISA LAW GROUP

                           By: /s/ Thornton Davidson
                               Thornton Davidson
                               Attorneys for Plaintiff
                               PATRICIA TURA

DATED: February 23, 2009   SEDGWICK, DETERT, MORAN & ARNOLD LLP

                           By: /s/ Rebecca A. Hull
                               Rebecca A. Hull
                               Cari A. Cohorn
                               Attorneys for Defendant
                               Metropolitan Life Insurance Company

IT IS SO ORDERED
/s/ Judge Phyllis J. Hamilton
2/26/09

SF/1571408v1                        -1-                    CASE NO. CV 08-2653 EMC
                    STIPULATION OF DISMISSAL WITH PREJUDICE